**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 241 |
|---|---|

HOLLY WISER CONNOLLY, as Independent Executor of the Estate of Glen R. Wiser, et. al.,
-vs-
OSMAN EFENDIC, individually and d/b/a ELAINES EXPRESS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OSMAN EFENDIC and 2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS

| NAME (Type or print) |
|---|
| Michael J. Linneman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael J. Linneman |
| FIRM |
| Johnson & Bell, Ltd. |
| STREET ADDRESS |
| 33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275375 | (312) 372-0770 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐