Doc. No.: 1777640　　　　　　　Firm No: 06347　　　　　　　RMB/lam

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased,<br><br>　　　　　Plaintiffs,<br><br>　　-vs-<br><br>**OSMAN EFENDIC**, individually, and d/b/a **ELAINES EXPRESS, INC.**,<br><br>　　　　　Defendant. | )<br>)<br>)<br>) Case No.: 08 C 241<br>)<br>) Judge:   Ronald A. Guzman<br>)<br>) Magistrate: Geraldine Soat Brown<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY DEMAND

　　Defendant, **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS,** and hereby demands a trial by jury.

　　DATED:  January 11, 2008.

　　　　　　　　　　　　　　　　　　　　JOHNSON & BELL, LTD.


　　　　　　　　　　　　　　　　By:　/s/Robert M. Burke
　　　　　　　　　　　　　　　　　　　Robert M. Burke, One of the Attorneys for Osman Efendic and 2038463 Ontario, Inc., d/b/a Elaines Express


Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312) 372-0770
Firm I.D. No.:  06347