Doc. No.: 1777632         Firm No: 06347         RMB/lam

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased, | Case No.: 08 C 241 <br><br> Judge: Ronald A. Guzman |
| Plaintiffs, | Magistrate: Geraldine Soat Brown |
| -vs- | |
| **OSMAN EFENDIC**, individually, and d/b/a **ELAINES EXPRESS, INC.,** | |
| Defendant. | |

## **JURY DEMAND**

Defendant, **OSMAN EFENDIC,** and hereby demands a trial by jury.

DATED:  January 11, 2008.

                                    JOHNSON & BELL, LTD.

                                    By:   /s/Robert M. Burke
                                              Robert M. Burke, One of the Attorneys for Osman Efendic and 2038463 Ontario, Inc., d/b/a Elaines Express

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312)  372-0770
Firm I.D. No.:  06347