Doc. No.: 1778167                        Firm No:  06347                        RMB/lam

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased,<br><br>Plaintiffs,<br><br>-vs-<br><br>**OSMAN EFENDIC**, individually, and d/b/a **ELAINES EXPRESS, INC.,**<br><br>Defendant. | Case No.:  08 C 241<br><br>Judge:   Ronald A. Guzman<br><br>Magistrate: Geraldine Soat Brown |

### NOTICE OF FILING

TO:   Edmund J. Scanlan
      8 South Michigan Avenue
      Suite 2700
      Chicago, Illinois 60603

Please take notice that on the **15th** day of **January, 2008**, Defendant, **Osman Efendic** and **2038463 Ontario, Inc., d/b/a Elaines Express**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, their **Answer to Complaint at Law and Affirmative Defenses**, a copy of which is attached hereto.

                              JOHNSON & BELL, LTD.

                        By:   /s/ Robert M. Burke
                              One of the Attorneys for the Defendant,
                              Marriott International, Inc.

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois  60603
(312) 372-0770

### PROOF OF SERVICE

The undersigned attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on January 15, 2008, via U.S. Mail.

                              /s/ Lisa A. Morrison
                        [x]   I certify that the statements set forth herein are true and correct.