Doc. No.: 1778172   Firm No: 06347   RMB/lam

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased, <br><br> Plaintiffs, <br><br> -vs- <br><br> **OSMAN EFENDIC**, individually, and d/b/a **ELAINES EXPRESS, INC.,** <br><br> Defendant. | Case No.: 08 C 241 <br><br> Judge: Ronald A. Guzman <br><br> Magistrate: Geraldine Soat Brown |

## NOTICE OF FILING

TO:   Edmund J. Scanlan
      8 South Michigan Avenue
      Suite 2700
      Chicago, Illinois 60603

Please take notice that on the **15th** day of **January, 2008**, Defendant, **Osman Efendic** and **2038463 Ontario, Inc., d/b/a Elaines Express**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, their **Counterclaim for Contribution**, a copy of which is attached hereto.

                                                JOHNSON & BELL, LTD.

                                        By:     /s/ Robert M. Burke
                                                One of the Attorneys for the Defendant,
                                                Marriott International, Inc.

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois  60603
(312) 372-0770

## PROOF OF SERVICE

The undersigned attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on January 15, 2008, via U.S. Mail.

                                                /s/ Lisa A. Morrison
                                    [x]   I certify that the statements set forth
                                          herein are true and correct.