IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, Deceased; and HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of ELEANOR M. WISER, Deceased, | ) ) ) ) ) ) ) | | |
| | ) | Case No.: | 08 C 241 |
| Plaintiff, | ) ) | Judge: | Ronald A. Guzman |
| vs. | ) ) | Magistrate: | Geraldine Soat Brown |
| OSMAN EFENDIC, Individually, and d/b/a ELAINES EXPRESS INC., | ) ) ) ) | | |
| Defendants. | ) | | |

**PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff, HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, Deceased, by and through her attorney, EDMUND J. SCANLAN, and in response to the Affirmative Defenses filed by the Defendants, OSMAN EFENDIC and 2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS, states as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff denies the allegations contained in the First Affirmative Defense filed by the defendants, specifically, subparagraphs (a) through (i) inclusive.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff denies the allegations contained in the Second Affirmative Defense filed by the defendants.

WHEREFORE, the Plaintiff, HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, Deceased, requests that the Affirmative Defenses filed by the Defendants, OSMAN EFENDIC and 2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS, be stricken.

> Respectfully submitted,
>
> SCANLAN LAW GROUP
>
>
> /s/ Edmund J. Scanlan
> Attorney for Plaintiff, Holly Wiser-Connolly

Edmund J. Scanlan
SCANLAN LAW GROUP
Attorney for Plaintiff
8 South Michigan Avenue, Suite 2700
Chicago, Illinois  60603
Telephone:    (312) 422-0343
Facsimile:     (312) 422-0358
Email:          ejs@scanlanlawgroup.com
ARDC #:      02466643

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of January, 2008, he did electronically file the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the parties who are registered participants with the System. I hereby certify that a courtesy copy was provided to The Honorable Ronald A. Guzman within one day of the electronic filing pursuant to Local Rule LR5.2.

/s/ Edmund J. Scanlan
Edmund J. Scanlan
SCANLAN LAW GROUP
Attorney for Plaintiff
8 South Michigan Avenue, Suite 2700
Chicago, Illinois  60603
Telephone:    (312) 422-0343
Facsimile:    (312) 422-0358
Email:    ejs@scanlanlawgroup.com
ARDC #:    02466643