IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, Deceased; and HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of ELEANOR M. WISER, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> OSMAN EFENDIC, Individually, and d/b/a ELAINES EXPRESS INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2007L014421 <br> CALENDAR/ROOM F <br> TIME 00:00 <br> PI Motor Vehicle <br><br> No.: <br><br> **PLEASE SERVE**: <br><br> OSMAN EFENDIC <br> 313 Celtic Drive <br> Stoney Creek, ON L8e3R1 CANADA |

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file an appearance in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS......DEC. 2 8 2007, 2007

..........................................
Clerk of Court DORO...

EDMUND J. SCANLAN
Attorney for Plaintiff
8 S. Michigan Ave., #2700
Chicago, IL 60603
(312) 422-0343
Attorney No.: 25586

Date of service: .................., 2007
(To be inserted by officer on copy left
with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS


DEFENDANT'S EXHIBIT B