Doc. No.: 1777600    Firm No: 06347    RMB/lam

**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased, <br><br> Plaintiffs, <br><br> -vs- <br><br> **OSMAN EFENDIC**, individually, and d/b/a **ELAINES EXPRESS, INC.**, <br><br> Defendant. | Case No.: <br> Judge: <br> Magistrate: |

**08 C 241**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**

### NOTICE OF FILING – NOTICE OF REMOVAL

TO:   Edmund J. Scanlan
      8 South Michigan Avenue
      Suite 2700
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed with the United States District Court for the Northern District of Illinois, Eastern Division, as Case No. _____ on January 10, 2008. A copy of the Notice of Removal has also been filed with the Clerk of the Circuit Court of Will County, Law Division on January 10, 2008. A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By: /s/ Robert M. Burke
    Robert M. Burke, One of the
    Attorneys for Osman Efendic and
    2038463 Ontario, Inc., d/b/a
    Elaines Express

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

## **CERTIFICATE OF SERVICE**

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

The undersigned, a non-attorney, certifies that she served a copy of the above and foregoing NOTICE OF FILING NOTICE OF REMOVAL to all attorneys of record, by depositing a copy of same in the United States Mail, first class postage prepaid, this 10th day of January, 2008.

/s/Lisa A. Morrison
I certify that the statements set forth herein are true and correct.

JOHNSON & BELLL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770