**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 241 |
|---|---|

HOLLY WISER CONNOLLY, as Independent Executor of the Estate of Glen R. Wiser, et. al.,
-vs-
OSMAN EFENDIC, individually and d/b/a ELAINES EXPRESS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OSMAN EFENDIC and 203 ONTARIO, INC., d/b/a ELAINES EXPRESS

| | |
|---|---|
| NAME (Type or print) <br> Michael J. Linneman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael J. Linneman | |
| FIRM <br> Johnson & Bell, Ltd. | |
| STREET ADDRESS <br> 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275375 | TELEPHONE NUMBER <br> (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |