**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased; and HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of ELEANOR M. WISER, deceased, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Court No.:    08 C 241 |
| OSMAN EFENDIC, individually and d/b/a ELAINES EXPRESS, INC., | ) ) ) | Judge Ronald A. Guzman |
| Defendant. | ) ) ) | Magistrate:  Geraldine Soat Brown |
| OSMAN EFENDIC, individually, and d/b/a ELAINES EXPRESS, INC., | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased, | ) ) ) ) | |
| Counter-Defendant. | ) | |

**ANSWER TO COUNTERCLAIM FOR CONTRIBUTION**

NOW COMES the counter-defendant, HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased, and in Answer to counter-plaintiffs Counterclaim for Contribution, states as follows:

1. This counter-defendant admits the allegations contained in paragraph 1 of counter-plaintiffs Counterclaim for Contribution.

2. This counter-defendant admits the allegations contained in paragraph 2 of counter-plaintiffs Counterclaim for Contribution.

3. This counter-defendant admits the allegations contained in paragraph 3 of counter-plaintiffs Counterclaim for Contribution.

4. This counter-defendant admits the allegations contained in paragraph 4 of counter-plaintiffs Counterclaim for Contribution.

5. This counter-defendant admits the allegations contained in paragraph 5 of counter-plaintiffs Counterclaim for Contribution.

6. This counter-defendant denies the allegations contained in paragraph 6 of counter-plaintiffs Counterclaim for Contribution.

7. This counter-defendant denies the allegations contained in paragraph 7 of counter-plaintiffs Counterclaim for Contribution, and specifically denies subparagraphs (a) – (i), inclusive.

8. This counter-defendant denies the allegations contained in paragraph 8 of counter-plaintiffs Counterclaim for Contribution.

9. This counter-defendant denies the allegations contained in paragraph 9 of counter-plaintiffs Counterclaim for Contribution.

10. This counter-defendant denies the allegations contained in paragraph 10 of counter-plaintiffs Counterclaim for Contribution.

WHEREFORE, the counter-defendant, HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased, denies that the counter-plaintiff, OSMAN EFENDIC and 2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS, is entitled to contribution against this counter-defendant in any amount

whatsoever and further prays that counter-plaintiff's Counterclaim for Contribution be dismissed with prejudice and with costs assessed against the counter-plaintiff.

                                    Respectfully Submitted,

                                    HOLLY WISER-CONNOLLY, as
                                    Independent Executor of the Estate of
                                    GLEN R. WISER, deceased

                                  __s/Brian M. Hogan_____
                                  Brian M. Hogan, one of the attorneys for
                                  the counter-defendant

RIPES, NELSON, BAGGOT & KALOBRATSOS, P.C.
205 W. Randolph St., 19th Floor
Chicago, IL 60606
(312) 263-9600
Attorney No.: 36139