**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased; and HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of ELEANOR M. WISER, deceased, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Court No.:   08 C 241 |
| OSMAN EFENDIC, individually and d/b/a ELAINES EXPRESS, INC., ) ) ) | Judge Ronald A. Guzman |
| Defendant. ) ) | Magistrate:  Geraldine Soat Brown |
| OSMAN EFENDIC, individually, and d/b/a ELAINES EXPRESS, INC., ) ) ) | |
| Counter-Plaintiffs, ) ) | |
| vs. ) ) | |
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased, ) ) ) ) | |
| Counter-Defendant. ) | |

**ANSWER TO COUNTERCLAIM FOR CONTRIBUTION**

NOW COMES the counter-defendant, HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased, by and through her attorneys, RIPES, NELSON, BAGGOT and KALOBRATSOS, P.C., and in Answer to counter-plaintiffs Counterclaim for Contribution, states as follows:

1.   This counter-defendant admits the allegations contained in paragraph 1 of counter-plaintiffs Counterclaim for Contribution.

2. This counter-defendant admits the allegations contained in paragraph 2 of counter-plaintiffs Counterclaim for Contribution.

3. This counter-defendant admits the allegations contained in paragraph 3 of counter-plaintiffs Counterclaim for Contribution.

4. This counter-defendant admits the allegations contained in paragraph 4 of counter-plaintiffs Counterclaim for Contribution.

5. This counter-defendant admits the allegations contained in paragraph 5 of counter-plaintiffs Counterclaim for Contribution.

6. This counter-defendant denies the allegations contained in paragraph 6 of counter-plaintiffs Counterclaim for Contribution.

7. This counter-defendant denies the allegations contained in paragraph 7 of counter-plaintiffs Counterclaim for Contribution, and specifically denies subparagraphs (a) – (i), inclusive.

8. This counter-defendant denies the allegations contained in paragraph 8 of counter-plaintiffs Counterclaim for Contribution.

9. This counter-defendant denies the allegations contained in paragraph 9 of counter-plaintiffs Counterclaim for Contribution.

10. This counter-defendant denies the allegations contained in paragraph 10 of counter-plaintiffs Counterclaim for Contribution.

WHEREFORE, the counter-defendant, HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, deceased, denies that the counter-plaintiff, OSMAN EFENDIC and 2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS, is entitled to contribution against this counter-defendant in any amount

whatsoever and further prays that counter-plaintiff's Counterclaim for Contribution be dismissed with prejudice and with costs assessed against the counter-plaintiff.

                                                Respectfully Submitted,

                                                HOLLY WISER-CONNOLLY, as
                                                Independent Executor of the Estate of
                                                GLEN R. WISER, deceased


                                                __s/Brian M. Hogan_____
                                                Brian M. Hogan, one of the attorneys for
                                                the counter-defendant


RIPES, NELSON, BAGGOT & KALOBRATSOS, P.C.
205 W. Randolph St., 19th Floor
Chicago, IL 60606
(312) 263-9600
Attorney No.: 36139