# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Holly Wiser−Connolly

                         Plaintiff,

v.                                                Case No.: 1:08−cv−00241
                                                Honorable Ronald A. Guzman

Osman Efendic

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/27/2008. Amended pleadings and joinder of parties by 6/16/2008. Fact discovery ordered closed by 7/28/2008. Plaintiff's expert reports by 8/15/08. Defendant's expert reports by 9/15/08. Status hearing set for 9/17/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.