**IN THE UNITED STATES DISTRIC COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as ) | |
| Independent Executor of the Estate of ) | |
| **GLEN R. WISER,** Deceased; and ) | |
| **HOLLY WISER-CONNOLLY**, as ) | |
| Independent Executor of the Estate of ) | |
| **ELEANOR M. WISER**, Deceased, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | |
| ) | |
| **OSMAN EFENDIC**, individually, and ) | |
| d/b/a **ELAINES EXPRESS, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 08 C 241 |
| **OSMAN EFENDIC,** Individually and ) | |
| d/b/a **ELAINES EXPRESS, INC.**, ) | Judge: Ronald A. Guzman |
| ) | |
| Counter Plaintiffs, ) | Magistrate: Geraldine Soat Brown |
| ) | |
| -vs- ) | |
| ) | |
| **HOLLY WISER-CONNOLLY**, as ) | |
| Independent Executive of the Estate of ) | |
| **GLEN R. WISER**, Deceased, ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF MOTION**

TO:    See attached Service List

On **May 8, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Ronald A. Guzman**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1219** of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants' **Motion for Protective Order**, a copy of which is attached and served upon you.

NAME:   JOHNSON & BELL, LTD.                    ATTY. FOR:  Defendants
ADDRESS: 33 West Monroe Street                  CITY:  Chicago, IL  60603
PHONE:  (312) 372-0770

**PROOF OF ELECTRONIC SERVICE**

The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on April 25, 2008.

/s/Michael J. Linneman

Holly Wiser-Connolly
vs.
Osman Efendic, individually and d/b/a Elaines Express, Inc.

08 C 241

Our File No. 07773-07001

## SERVICE LIST

<u>Attorney for Plaintiffs</u>
Edmund J. Scanlan
Scanlan Law Group
8 S. Michigan Ave., Suite 2700
Chicago, IL  60603
(312) 422-0343 (p)
(312) 422-0358 (f)

<u>Attorneys for Estate of Holly Wiser-Connolly (as Counter-Defendant)</u>
Brian M. Hogan
Ripes, Nelson, Baggott & Kalobratsos, P.C.
205 W. Randolph St., Suite 1900
Chicago, IL  60606
(312) 263-9600 (p)
(312) 263-8718 (f)