**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Holly Wiser−Connolly
                               Plaintiff,

v.                                                     Case No.: 1:08−cv−00241
                                                     Honorable Ronald A. Guzman

Osman Efendic
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. For the reasons stated on the record, defendant's motion for protective order [27] is denied. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.