IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, Deceased; and HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of ELEANOR M. WISER, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> OSMAN EFENDIC, Individually, and d/b/a ELAINES EXPRESS INC., <br><br> Defendants. | Case No.:   08 C 241 <br><br> Judge:   Ronald A. Guzman <br><br> Magistrate:   Geraldine Soat Brown |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, HOLLY WISER-CONNOLLY, as Independent Executor of the Estates of GLEN R. WISER, Deceased, and ELEANOR M. WISER, Deceased, by and through her attorney, EDMUND J. SCANLAN, and moves this Honorable Court for leave to file her First Amended Complaint at Law (a copy of which is attached hereto) to add additional party defendant revealed during discovery and to reflect the correct name of defendant. An appearance is already on file for Defendant, 2038463 Ontario, Inc., d/b/a Elaines Express.

    Respectfully submitted,

/s/ Edmund J. Scanlan
EDMUND J. SCANLAN
Attorney for Plaintiff, Holly-Wiser Connolly
SCANLAN LAW GROUP
8 South Michigan Avenue, Suite 2700
Chicago, Illinois  60603
Telephone:   (312) 422-0343
Facsimile:   (312) 422-0358
Email:   ejs@scanlanlawgroup.com
ARDC #:   02466643