IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of GLEN R. WISER, Deceased; and HOLLY WISER-CONNOLLY, as Independent Executor of the Estate of ELEANOR M. WISER, Deceased, | ) ) ) ) ) ) ) | Case No.: | 08 C 241 |
| Plaintiff, | ) ) | Judge: | Ronald A. Guzman |
| vs. | ) ) ) | Magistrate: | Geraldine Soat Brown |
| OSMAN EFENDIC, Individually, and d/b/a ELAINES EXPRESS INC., | ) ) ) ) | | |
| Defendants. | ) | | |

**NOTICE OF MOTION**

TO:  Johnson & Bell, Ltd.                    Ripes, Nelson, Baggott & Kalobratsos
     33 West Monroe Street, Suite 2700    205 West Randolph Street, Suite 1900
     Chicago, IL  60603                       Chicago, IL  60606

PLEASE TAKE NOTICE that on the 2nd day of July, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Geraldine Soat Brown in Room 1812 in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any judge sitting in her stead, and then and there present **Plaintiff's Motion for Leave to File First Amended Complaint at Law**, a copy of which has been served upon you through the CM/ECF System.

/s/ Edmund J. Scanlan
EDMUND J. SCANLAN
Attorney for Plaintiff, Holly-Wiser Connolly
SCANLAN LAW GROUP
8 South Michigan Avenue, Suite 2700
Chicago, Illinois  60603
Telephone:    (312) 422-0343
Facsimile:    (312) 422-0358
Email:        ejs@scanlanlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day June, 2008, he did electronically file the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the parties who are registered participants with the System. I hereby certify that I did mail or deliver a true and correct copy of the foregoing document to any non-CM/ECF participants.


/s/ Edmund J. Scanlan
EDMUND J. SCANLAN
Attorney for Plaintiff, Holly Wiser-Connolly


Edmund J. Scanlan
SCANLAN LAW GROUP
Attorney for Plaintiff, Holly Wiser-Connolly
8 South Michigan Avenue, Suite 2700
Chicago, Illinois  60603
Telephone:    (312) 422-0343
Facsimile:    (312) 422-0358
Email:        ejs@scanlanlawgroup.com
ARDC #:       02466643