# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Holly Wiser–Connolly

                    Plaintiff,

v.

                                   Case No.: 1:08–cv–00241

Osman Efendic                                 Honorable Ronald A. Guzman

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff Holly Wiser–Connolly for Leave to File First Amended Complaint at Law [32] is stricken without prejudice. Plaintiff may refile amended complaint with corrected caption to reflect amendment. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.