STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
WAYNE COUNTY - IN PROBATE

IN THE MATTER OF THE            )
                                )
ESTATE OF ELEANOR WISER,        )    NO. 2007-P-20
                                )
DECEASED.                       )

**FILED JUN 05 2007**

## LETTERS OF OFFICE - DECEDENT'S ESTATE

HOLLY WISER-CONNOLLY has been appointed Independent Executor of the Estate of ELEANOR WISER, who died on March 7, 2007, and is authorized to take possession of and collect the estate of the decedent, and to do all acts required of her by law.

Witness this 5 day of June, 2007.

_____
Clerk of the Court

EXHIBIT B