IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased,<br><br>       Plaintiffs,<br><br>       -vs-<br><br>**OSMAN EFENDIC** and **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS**,<br><br>       Defendants.<br>_____<br>**OSMAN EFENDIC** and **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS**,<br><br>       Counter-Plaintiffs,<br><br>       -vs-<br><br>**HOLLY WISER-CONNOLLY**, as Independent Executive of the Estate of **GLEN R. WISER**, Deceased,<br><br>       Counter-Defendant. | Case No. 08 C 241<br><br>Judge: Ronald A. Guzman<br><br>Magistrate: Geraldine Soat Brown |

## NOTICE OF MOTION

TO:   See attached Service List

On **July 24, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Ronald A. Guzman**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 1219** of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants' **Motion to Strike In Lieu of Answer to Plaintiff's First Amended Complaint at Law**.

NAME:  JOHNSON & BELL, LTD.                    ATTY. FOR:  Defendants
ADDRESS: 33 West Monroe Street                 CITY:  Chicago, IL  60603
PHONE:  (312) 372-0770

## PROOF OF ELECTRONIC SERVICE

The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on July 7, 2008.

/s/Michael J. Linneman

Holly Wiser-Connolly
vs.
Osman Efendic and 2038463 Ontario, Inc., d/b/a Elaines Express, Inc.

08 C 241

Our File No. 07773-07001

**SERVICE LIST**

<u>Attorney for Plaintiffs</u>
Edmund J. Scanlan
Scanlan Law Group
8 S. Michigan Ave., Suite 2700
Chicago, IL  60603
(312) 422-0343 (p)
(312) 422-0358 (f)

<u>Attorneys for Estate of Holly Wiser-Connolly (as Counter-Defendant)</u>
Barbara Kalobratsos
Ripes, Nelson, Baggott & Kalobratsos, P.C.
205 W. Randolph St., Suite 1900
Chicago, IL  60606
(312) 263-9600 (p)
(312) 263-8718 (f)