[Two Illinois Uniform Traffic Complaint forms, rotated 90°, handwritten]

**Complaint 1 (top form):**
- Court Case No: DCN 02403605
- County: WILL, Township of CRETE
- Agency Rept No: 2007-3631
- Issuing Agency: WCSP
- Defendant Name: EFENDIC, OSMAN
- Address: 313 CELTIC DR, STONEY CREEK, ONTARIO
- DR. LIC: E3015-6100-58129, State: ONTARIO, Expir Date: CDL
- DOB: 11-29-58, Sex: M, Eyes: BN, Hair: BRN, Height: 5'6", Weight: 210
- Registration: PY3710, State: ONTARIO, Year: 07, Color: WHT
- Make: MACK
- Vehicle: Truck/Tractor, Semi-Trailer
- Location: Public Highway: GOODWIN RD @ ASHLAND
- Nature of Offense: OVERWEIGHT BACK AXLE
- Violation: CH 625, ACT 5, SEC 15-402, Local Ordinance
- ILCS 625 ILCS 5/: 15-402
- Road Conditions: DRY, DAY
- Method: H.H. RADAR
- Accident Type: Property Damage / Fatal
- Bond Info: NO BOND - CONFINED AT, Ticket No: 2342264, Rep No: 84323382
- Court Appearance Required
- Will County Circuit Court, 14 W. Jefferson, Joliet, IL
- Date: 11-28-07, Time: 1:04 PM, RM# 121
- Signature: [illegible]
- Date notation: 9-07-07

**Complaint 2 (bottom form):**
- Court Case No: DCN 02403604
- County: WILL, Township of CRETE
- Agency Rept No: 2007-3631
- Issuing Agency: WCSP
- Defendant Name: EFENDIC, OSMAN
- Address: 313 CELTIC DR, STONEY CREEK, ONTARIO
- DR. LIC: E3015-6100-58129, State: ONTARIO, Expir Date: CDL
- DOB: 11-29-58, Sex: M, Eyes: BRN, Hair: BRN, Height: 5'6", Weight: 210
- Registration: PY3710, State: ONTARIO, Year: 07, Color: WHT
- Make: MACK
- Vehicle: Truck/Tractor, Semi-Trailer
- Location: Public Highway: GOODWIN RD @ ASHLAND
- Nature of Offense: NON-DESIGNATED ROAD - AXLE WT 55 FT
- Violation: CH 625, ACT 5, SEC 15-307
- ILCS: 15-307
- Road Conditions: DRY, DAY
- Method: H.H. RADAR
- Bond Info: NO BOND - CONFINED AT, Ticket No: 2342263, Rep No: 84323382
- Court Appearance Required
- Will County Circuit Court, 14 W. Jefferson, Joliet, IL
- Date: 11-28-07, Time: 1:04 PM, RM# 121
- Signature: [illegible]
- Date notation: 9-28-07

PLAINTIFF'S EXHIBIT A

EXHIBIT 4
7-22-08
Deposition of
Deputy Wendt

38

Ex 4