## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Holly Wiser−Connolly
       Plaintiff,

v.               Case No.: 1:08−cv−00241
               Honorable Ronald A. Guzman

Holly Wiser−Connolly, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

   MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendants Osman Efendic, 2038463 Ontario, Inc., Counter Claimant Osman Efendic to strike in lieu of answer to Plaintiff's First Amended Complaint at Law ( [37] is granted. Plaintiff&#039;s refiling of complaint limited in scope as outlined in (1) plaintiff's motion for leave to file first amended complaint [doc. no. 32] and (2) Court's 6/24/08 minute order [doc. no. 35]. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.