**Michael J. Linneman**

**From:** Bryan Mitchell [█████████████]
**Sent:** Sunday, July 20, 2008 11:20 AM
**To:** Michael J. Linneman
**Subject:** Re: Wiser vs. Efendic.

Mr. Linneman,

Unfortunately, the date that you have requested are not available. Is there a time in the last three weeks of August? I have a few criminal trials going on, but hopefully, we can find a date to work.

Thank you,

Bryan Mitchell

On Jul 7, 2008, at 4:25 PM, Michael J. Linneman wrote:

> Dr. Mitchell,
>
> You and I spoke a couple of weeks ago about scheduling your deposition in the above-noted matter, in which you performed an autopsy on Glen Wiser on behalf of the Will County Coroner's Office on March 7, 2007. As I recall, you are generally available to come downtown for your deposition during normal business hours. I would like to schedule it for July 23, 24, 25, or 28, at 2:00 p.m. Will you please let me know if you are NOT available on any of these dates or if you prefer a different time or location? Also, will you please remind me of your fee schedule (including cancellation policy)?
>
> Thanks,
> Mike
>
> Michael J. Linneman
> JOHNSON & BELL, LTD.
> 33 West Monroe Street, Suite 2700
> Chicago, Illinois  60603
> dir 312.849.2456
> fax 312.372.9818
> www.johnsonandbell.com
>
> *************************************************************
>
> ```
> All contents of this e-mail and any attachment are private &
> confidential.  If received or viewed by anyone other than the intended
> recipient, neither this e-mail nor any attachments, or anything derived
> from these, may be used or passed on for any purpose whatsoever, and
> all materials must be destroyed and the sender notified immediately.
> ```



EXHIBIT A

7/28/2008