IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>　　　　-vs-<br><br>**OSMAN EFENDIC** and **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS**,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 C 241 |
| **OSMAN EFENDIC** and **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS**,<br><br>　　　　　　Counter-Plaintiffs,<br><br>　　　　-vs-<br><br>**HOLLY WISER-CONNOLLY**, as Independent Executive of the Estate of **GLEN R. WISER**, Deceased,<br><br>　　　　　　Counter-Defendant. | )<br>)<br>)<br>) Judge: Ronald A. Guzman<br>)<br>) Magistrate: Geraldine Soat Brown<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

　　TO:　See attached Service List

On **July 31, 2008** at **9:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Ronald A. Guzman**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 1219** of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the parties' **Joint Motion for Enlargement of Time to Complete Fact Discovery**.

NAME:　JOHNSON & BELL, LTD.　　　　　　　ATTY. FOR:　Defendants
ADDRESS: 33 West Monroe Street　　　　　　　CITY:　Chicago, IL　60603
PHONE:　(312) 372-0770

## PROOF OF ELECTRONIC SERVICE

  The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on July 28, 2008.

                   /s/Michael J. Linneman

Holly Wiser-Connolly, as Independent Executor of the Estates of Glen R. Wiser and
Eleanor M. Wiser, deceased
vs.
Osman Efendic and 2038463 Ontario, Inc., d/b/a Elaines Express, Inc.

08 C 241

Our File No. 07773-07001

**SERVICE LIST**

<u>Attorneys for Plaintiff</u>
Edmund J. Scanlan
Scanlan Law Group
8 S. Michigan Ave., Suite 2700
Chicago, IL 60603
(312) 422-0343 (p)
(312) 422-0358 (f)
ejs@scanlanlawgroup.com

<u>Attorneys for Holly Wiser-Connolly, as Independent Executor of the Estates of Glen R. Wiser and Eleanor M. Wiser, deceased (as Counter-Defendant)</u>
Barbara Kalobratsos
Ripes, Nelson, Baggott & Kalobratsos, P.C.
205 W. Randolph St., Suite 1900
Chicago, IL 60606
(312) 263-9600 (p)
(312) 263-8718 (f)
bkalobratsos@rnbk.com