UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Holly Wiser–Connolly
                                Plaintiff,

v.                                                    Case No.: 1:08−cv−00241
                                                      Honorable Ronald A. Guzman

Holly Wiser–Connolly, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/31/2008. Defendants' joint Motion for enlargement of time to complete fact discovery [41] is granted. Fact discovery is extended to 8/30/2008. Plaintiffs' expert discovery by 9/30/2008; defendants' expert discovery by 10/15/2008. All discovery ordered closed by 11/15/2008. Status hearing set for 9/17/2008 is stricken and reset to 11/12/2008 at 9:30 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.