IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **GLEN R. WISER,** Deceased; and **HOLLY WISER-CONNOLLY**, as Independent Executor of the Estate of **ELEANOR M. WISER**, Deceased,<br><br>Plaintiffs,<br><br>-vs-<br><br>**OSMAN EFENDIC** and **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS**,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 C 241 |
| **OSMAN EFENDIC** and **2038463 ONTARIO, INC., d/b/a ELAINES EXPRESS**,<br><br>Counter-Plaintiffs,<br><br>-vs-<br><br>**HOLLY WISER-CONNOLLY**, as Independent Executive of the Estate of **GLEN R. WISER**, Deceased,<br><br>Counter-Defendant. | )<br>)<br>)<br>) Judge: Ronald A. Guzman<br>)<br>) Magistrate: Geraldine Soat Brown<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   See attached Service List

On **September 25, 2008** at **9:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Ronald A. Guzman**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 1219** of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants' **Motion for Rule to Show Cause**.

NAME:  JOHNSON & BELL, LTD.           ATTY. FOR:  Defendants
ADDRESS: 33 West Monroe Street         CITY:  Chicago, IL  60603
PHONE:  (312) 372-0770

**PROOF OF ELECTRONIC SERVICE AND SERVICE BY U.S. MAIL**

    The undersigned, on oath, states that he served this notice and the accompanying motion and exhibits by electronically filing same using the District Court's CM/ECF system, which will send notification of such filing to all counsel of record, on August 29, 2008, and that this notice and the accompanying motion and exhibits will be served upon Medicare Part A and Medicare Part B via Certified Mail, Return Receipt Requested, on September 2, 2008.

                                                      /s/Michael J. Linneman

Holly Wiser-Connolly, as Independent Executor of the Estates of Glen R. Wiser and Eleanor M. Wiser, deceased
vs.
Osman Efendic and 2038463 Ontario, Inc., d/b/a Elaines Express, Inc.

08 C 241

Our File No. 07773-07001

**SERVICE LIST**

<u>Attorneys for Plaintiff</u>
Edmund J. Scanlan
Scanlan Law Group
8 S. Michigan Ave., Suite 2700
Chicago, IL  60603
(312) 422-0343 (p)
(312) 422-0358 (f)
ejs@scanlanlawgroup.com

<u>Attorneys for Holly Wiser-Connolly, as Independent Executor of the Estates of Glen R. Wiser and Eleanor M. Wiser, deceased (as Counter-Defendant)</u>
Barbara Kalobratsos
Ripes, Nelson, Baggott & Kalobratsos, P.C.
205 W. Randolph St., Suite 1900
Chicago, IL  60606
(312) 263-9600 (p)
(312) 263-8718 (f)
bkalobratsos@rnbk.com


Medicare Part A
P.O. Box 50454
Indianapolis, IN  46250-0454

WPS Medicare Part B
P.O. Box 4433
Marion, IL  62959